UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 DEC -3  P 12: 43

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA

vs.

CASE NO. 3:03CR00202(AVC)

MIGUEL NUNEZ

## ORDER AMENDING JUDGMENT

The Judgment entered by this Court on November 19, 2004 is hereby amended as

follows:

The defendant shall voluntarily surrender to the U.S. Marshal for this district on January

5, 2005, or at such other time and place as designated by the Bureau of Prisons.

It is hereby ORDERED that the Judgment entered by this Court on November 19, 2004,

in all other respects shall remain the same.

Dated at Hartford, Connecticut, this _3rd_ day of December, 2004.

_____
Alfred V. Covello
United States District Judge